IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALEXIS SERRATO,<br><br>　　　　　　　Defendant. | 4:16CB3008<br><br>ORDER |

Upon the Motion of the Government, violation 6117376 is dismissed.

February 3, 2022.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge